## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NEW BEGINNING REALTY GROUP, LLC,  )<br>　　　　　　　　　　　　　　　　　　　 )<br>　　　　　Plaintiff,　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　　 )<br>　　　　　v.　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　　 )<br>THE UNITED STATES,　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　　 )<br>　　　　　Defendant.　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　　 ) | No. 18-cv-01760C<br><br>Filed: February 12, 2021 |

### ORDER

On February 5, 2021, pursuant to the Court's order dated January 22, 2021 (ECF No. 40), the parties submitted a Joint Status Report to inform the Court of the status of settlement discussions and to discuss further proceedings in the case. ECF No. 41. The parties report that they entered into a settlement agreement and "anticipate that the terms of the agreement will be satisfied within the next 60 days." *Id*. The Court **ORDERS** the parties to submit a Joint Status Report by no later than April 20, 2021 to update the Court regarding the progress of the settlement, unless a joint stipulation of dismissal is filed before that date.

**SO ORDERED**.

Dated: February 12, 2021

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Kathryn C. Davis*
　　　　　　　　　　　　　　　　　　　　　　　KATHRYN C. DAVIS
　　　　　　　　　　　　　　　　　　　　　　　Judge